**Motion to withdraw granted, motions to extend time to file brief granted, motion to dismiss denied, and Order filed January 10, 2023.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00506-CV

### RYAN KINNEAR, Appellant

### V.

### JENNIFER UMANZOR, Appellee

**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-45623**

## ORDER

Before the court is an amended motion to withdraw as counsel filed July 28, 2022. Appellant's counsel, Timothy A. Hootman, seeks to withdraw from his representation in this appeal. Having considered the motion, the court grants the motion.

Also before the court are original and amended motions to extend time for appellant to file his brief, which altogether seek an extension of time to January 20,

2023 based partly on appellant seeking to proceed without his recent counsel in this appeal. The court grants these motions and instructs appellant to file his brief no later than January 20, 2023.

The final motion before this court is a motion filed by appellee seeking to dismiss this appeal, or alternatively affirm the appealed judgment due to appellant not yet having filed his brief. This motion is denied.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Wilson.